**MARCIA HURD**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT  59103
2929 Third Ave. North, Suite 400
Billings, MT  59101
Phone:  (406) 657-6101
FAX:  (406) 657-6989
E-mail:  Marcia.Hurd@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
BILLINGS DIV.

2010 DEC 16  AM 9 14

PATRICK E. DUFFY, CLERK
BY K Jamison
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY WOODENLEGS,<br><br>Defendant. | CR 10-150-BLG-RFC<br><br>**INDICTMENT**<br><br>ABUSIVE SEXUAL CONTACT<br>Title 18 U.S.C. §§ 1153(a), 2244(a)(5)<br>(Penalty: Life imprisonment,<br>$250,000 fine, and not less than<br>five years to lifetime supervised<br>release) |
|---|---|

1

THE GRAND JURY CHARGES:

That on or about July 2007, at Busby, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the defendant, QUINCY WOODENLEGS, an Indian person, d/o/b –/–/85, knowingly engaged in sexual contact with a person whose name is not disclosed to protect the person's privacy, a person who had not attained the age of 12 years at the time of the offense, in violation of 18 U.S.C. §§ 1153(a) and 2244(a)(5).

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

_____
KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant: ✓ _____
Bail: none _____