PROB 12A
(7/01)

LODGED
JUN 12 2013
Clerk, U.S. District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MONTANA

FILED
JUN 13 2013
Clerk, U S District Court
District Of Montana
Billings

**REPORT ON OFFENDER UNDER SUPERVISION**

| | |
|---|---|
| **NAME OF OFFENDER:** | **Quincy Alvin Woodenlegs** |
| **CASE NUMBER:** | **CR 10-150-BLG-DWM-CSO** |
| **NAME OF SENTENCING JUDICIAL OFFICER:** | **Senior U. S. District Court Judge Richard Cebull** |
| **DATE OF ORIGINAL SENTENCE:** | **December 7, 2011** |
| **ORIGINAL OFFENSE:** | **Abusive Sexual Conduct** |
| **ORIGINAL SENTENCE:** | **30 months custody followed by 10 years of supervised release** |
| **TYPE OF SUPERVISION:** | **Supervised Release** |
| **DATE SUPERVISION COMMENCED:** | **March 15, 2013** |

**NON-COMPLIANCE SUMMARY**

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Non-compliance** |
|---|---|
| 1 | ***Standard Condition #7:* The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**<br><br>On June 8, 2013, the defendant submitted a urine sample at Alternatives, Inc., that tested positive for methamphetamine on a hand held testing device. On June 10, 2013, the defendant admitted to the undersigned officer that he snorted approximately 1/4 gram of methamphetamine on June 7, 2013. The defendant signed an admission form stating as such. |

**U. S. Probation Officer Action:**

On December 7, 2011, the defendant was sentenced by Senior United States District Court Judge Richard F. Cebull to 30 months custody and 10 years supervised release after having plead guilty to the charge of Abusive Sexual Contact. The offense involved the defendant having skin to skin contact with the genitals of a 10 year old boy. The defendant released from custody and began his supervised release March 15, 2013. He signed the conditions of his release on March 18, 2013. Since his release the defendant has been attending group substance abuse counseling along with both group, and individual sex offender treatment. The defendant has been compliant with all treatment mandates and has received multiple positive incident reports from his substance abuse counselor. The defendant has obtained full time employment and with the exception of the above listed violation has no other instances of noncompliance pertaining to his court ordered conditions.

Given the positive progress the defendant has made, it is this officer's recommendation that the defendant's random substance abuse testing be increased from a minimum of three tests per month to no less than five. The defendant will also be required to start his 12 week, group substance abuse program from the beginning and additionally, will be required to attend one individual substance abuse treatment session per month. The defendant will be required to pay 100% of the cost of all substance abuse testing and treatment. The defendant's substance abuse and sex offender treatment providers have both been notified of his methamphetamine use and are willing to allow him to continue his treatment programs under a zero tolerance status for any further violations to treatment rules. If the defendant is unwilling, or fails to abide by any of these corrective measures, or has any further substance use, a petition to revoke his supervised release will be filed with the court.

☒ **Probation Officer Recommends No Court Action at This Time.**

Respectfully submitted

by

Approved by:

[signature] 6/12/13

Brian R. Farren Date
Team Leader U.S. Probation Officer

[signature]

Name: Matt Shea
U. S. Probation Officer

Date: 6/11/13

☑ CONCUR WITH U. S. PROBATION OFFICE

☐ SUBMIT REQUEST TO MODIFY CONDITIONS OR TERM OF SUPERVISION (PROB 12B)

☐ SUBMIT REQUEST FOR WARRANT OR SUMMONS (PROB 12C)

U. S. ~~District Court~~ Magistrate Judge

June 13, 2013
Date

Comments:

F:\MattS\Public folders\Supervision\Violations\12A\Woodenlegs_Quincy 12A.wpd