PROB 12C
DMT Rev 4-16

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MONTANA

### Petition for Warrant for Offender Under Supervision



FILED

DEC - 1 2016

Clerk, U S District Court
District Of Montana
Billings

**Name of Offender:** Quincy Alvin Woodenlegs     **Docket Number:** 0977 1:10CR00150-001

**Name of Sentencing Judicial Officer:**     THE HONORABLE RICHARD F. CEBULL
                                             UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 12/07/2011

**Original Offense:** 18:2244C.F; ABUSIVE SEXUAL CONTACT INVOLVING YOUNG CHILDREN.

**Original Sentence:** 30 months custody, 120 months supervised release
Date of Revocation:        08/15/2013
Revocation Sentence:    9 months Bureau of Prisons; 111 months Supervised Release
Date of Revocation:        05/21/2014
Revocation Sentence:    9 months Bureau of Prisons; 102 months Supervised Release
Date of Revocation:        06/26/2015
Revocation Sentence:    18 months Bureau of Prisons; 84 months Supervised Release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 09/30/2016

**Assistant U.S. Attorney:** Lori Harper Suek
2601 2nd Ave N, Box 3200, Billings, MT 59101, (406) 657-6101

**Defense Attorney:** Steve Babcock
Federal Defenders Office, 2702 Montana Ave, Suite 101, Billings, MT 59101, (406) 259-2459

### PETITIONING THE COURT

**Background**

On December 7, 2011, the defendant appeared for sentencing before the THE HONORABLE RICHARD F. CEBULL, UNITED STATES DISTRICT JUDGE, having pled guilty to the offenses of 18:2244C.F; ABUSIVE SEXUAL CONTACT INVOLVING YOUNG CHILDREN.. The offense involved the defendant touching the buttocks and genitals of a ten year old boy, while touching himself. The defendant was sentenced to 30 months custody, followed by 120 months supervised release.

The defendant released from his original custody term on March 16, 2013, and by August of that same year, his supervised release had already been revoked for violations consisting of alcohol consumption, associating with felons and methamphetamine use. He was sentenced to 9 months custody followed by 111 months supervised release.

The defendant released from custody on his first revocation sentence on April 14, 2014. The defendant's supervised release was again revoked on May 21, 2014, after it was determined he consumed in excess of 10 alcoholic beverages prior to catching his bus on the day he released from custody. He was again sentenced to 9 months custody with 102 months supervised release

**Petition for Warrant for Offender Under Supervision**
**Name of Offender: Quincy Alvin Woodenlegs**
**Page 2**

to follow. The defendant released from custody and signed his conditions of release on February 3, 2015.

On June 26, 2015, the defendant's supervised release was revoked for a third time after he changed his residence without notification and absconded supervision. He was sentenced to 18 months custody and 84 months supervised release. The defendant began the current term of supervised release on September 30, 2016. Since that time, the defendant has failed to report to the probation officer as instructed, failed to report for substance abuse testing, failed to report for sex offender treatment and changed his address without prior notification. At this time, the defendant's whereabouts are unknown and he is considered to have absconded supervision.

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special condition:** The defendant shall participate in substance abuse testing to include not more than 365 urinalysis tests, not more than 365 breathalyzer tests, and not more than 36 sweat patch tests annually during the period of supervision. The defendant shall pay all or part of the costs of testing as directed by the United States Probation Office.<br><br>On 11/29/2016, the undersigned officer was notified by Alternatives, Inc., that the defendant failed to report for random substance abuse testing on 11/23/2016. The defendant was not previously excused from testing. |
| 2 | **Standard condition:** The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>On 11/28/2016, the undersigned officer left the defendant a voice message instructing him to report to the probation office at 9:00 a.m. on 11/29/2016. The defendant failed to report as instructed. |
| 3 | **Special condition:** The defendant shall enter and successfully complete a sex offender treatment program. The defendant is to enter a program designated by, and until released by, the United States Probation Office. The defendant is to pay all or part of the costs of treatment as directed by United States Probation.<br><br>On 11/29/2016, the defendant failed to report to sex offender treatment. The defendant was not previously excused for his appointment by the undersigned officer or the treatment provider. |

| | |
|---|---|
| 4 | **Standard condition:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | In an attempt to locate the defendant, the undersigned officer contacted the Lewis and Clark Inn, his previously approved residence on 11/29/2016. The front desk clerk informed the undersigned officer, the defendant has not stayed at the Inn since 11/16/2016. The defendant did not inform the undersigned officer of any intention to change his address prior to that date. |

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED**

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

Reviewed
By: *Brian R Farren*
Brian R Farren
Supervising United States Probation Officer
Date: 11/30/2016

Respectfully Submitted
By: *Matt Shea*
Matt Shea
United States Probation Officer
Date: 11/30/2016

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 30th day of November, 2016, and ordered filed **UNDER SEAL** and made a part of the records in the above case.

IT IS FURTHER ORDERED that upon notification to the Clerk of Court's Office that the above named Defendant has been taken into custody, the Petition for Warrant or Summons for Offender Under Supervision shall be unsealed.

*Susan P. Watters*
Susan P Watters
United States District Judge

11-30-2016
Date